# In the United States District Court
## For the Southern District of Georgia
### Brunswick Division

PHILLIP MORAN, JR.,      \*

     \*

        Petitioner,      \*      CIVIL ACTION NO.: 2:16-cv-116

     \*

     v.      \*

     \*

ATTORNEY GENERAL STATE OF      \*

GEORGIA,      \*

     \*

        Respondent.      \*

## O R D E R

Presently before the Court is the Magistrate Judge's
September 1, 2016, Report and Recommendation, (dkt. no. 4), to
which Petitioner Phillip Moran, ("Moran"), failed to file
Objections. After an independent and *de novo* review of the
entire record, the Court **CONCURS** with the Magistrate Judge's
Report and Recommendation and **ADOPTS** the Report and
Recommendation as the opinion of the Court. Consequently, the
Court **DISMISSES** Moran's Petition for Writ of Habeas Corpus,
filed pursuant to 28 U.S.C. § 2254, (dkt. no. 1), and **DENIES**
Moran *in forma pauperis* status on appeal. The Court **DIRECTS** the

Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case.

    **SO ORDERED**, this ____ day of _____ , 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA